Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>YOSHI'S JAPANESE RESTAURANT, INC., et al.,<br><br>   Defendants. | No. 3:18-cv-01525-JCS<br><br>**NOTICE OF NEED FOR MEDIATION** |

Plaintiff reports that the joint site inspection occurred on June 20, 2018. Although over 42 days have passed[1], the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: August 28, 2018

MISSION LAW FIRM, A.P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Francisca Moralez

---

[1] The Court extended the deadline to complete the in-person meet and confer to August 14, 2018, and ordered Plaintiff to file a Notice of Need for Mediation within 14 days thereof (Dkt. 23). Plaintiff reports that the meet and confer took place on August 14, 2018, and this Notice is therefore timely, although more than 42 days have passed since the joint site inspection.